IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES CARLAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO. |
| v. | : | 5:25-CV-53 (CAR) |
| | : | |
| TRAVIS EMMERT and "JOHN DOES": | | |
| UNKNOWN OFFICERS, | : | |
| | : | |
| Defendants. | : | |

ORDER DISMISSING CASE

On July 24, 2025, the Court granted *pro se* Plaintiff James Carlan's Motion to Proceed *In Forma Pauperis*; dismissed his claims against Defendant Judge Jason Ashford and allowed Plaintiff the opportunity to file an amended complaint to cure the deficiencies as to his claims against Defendant Travis Emmert and the John Doe Defendants within twenty-one (21) days.[1] The Court warned Plaintiff failure to file an amended complaint within the time stated in the Order would result in dismissal of this action. Plaintiff has failed to file an Amended Complaint, and the time to do so has now expired. Therefore, the Court **DISMISSES** Plaintiff's remaining claims against Defendant

---

[1] Order on Motion to Proceed In Forma Pauperis [Doc. 6].

1

Emmert and the John Doe Defendants **WITHOUT PREJUDICE** for failure to comply with a Court order.

    **SO ORDERED,** this 27th day of August, 2025.

                                      s/ C. Ashley Royal_____
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT