IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES CARLAN, | * |
| Plaintiff, | * |
| v. | Case No.  5:25-CV-53 (CAR) |
| | * |
| TRAVIS EMMERT and "JOHN DOES" UNKNOWN OFFICERS, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of August, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk